1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  LARRY JOSEPH WITZIG,

11           Petitioner,                    No. 2:11-cv-2790 KJN P

12       vs.

13  RICK HILL, Warden,

14           Respondent.                    ORDER

15  _____/

16           Petitioner, a state prisoner proceeding through counsel, has filed an application for

17  a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee. In his

18  application, petitioner challenges a conviction issued by the Tulare County Superior Court.

19  Tulare County is part of the Fresno Division of the United States District Court for the Eastern

20  District of California. See Local Rule 120(d).

21           Pursuant to Local Rule 120(f), a civil action which has not been commenced in

22  the proper division of a court may, on the court's own motion, be transferred to the proper

23  division of the court. Therefore, this action will be transferred to the Fresno Division of the

24  court.

25  ////

26  ////

1

1  Good cause appearing, IT IS HEREBY ORDERED that:

2  1. This action is transferred to the United States District Court for the Eastern

3  District of California sitting in Fresno; and

4  2. All future filings shall reference the new Fresno case number assigned and

5  shall be filed at:

6  United States District Court
   Eastern District of California
7  2500 Tulare Street
   Fresno, CA 93721

9  DATED: October 31, 2011

11  _____
    KENDALL J. NEWMAN
12  UNITED STATES MAGISTRATE JUDGE

13  witz2790.109

2